UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 61079
SCOTT L LOHMANN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-1836


------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 10/16/05 and confirmed on 03/16/06.

     2.   The case was converted to Chapter 7 after confirmation, 10/26/2007.

     3.   The Debtor paid a total of $  14505.00 .

     4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1095.50 | .00 | 21.51 |
| B LINE LLC | UNSECURED | 1381.10 | .00 | 27.11 |
| B LINE LLC | UNSECURED | 3989.38 | .00 | 78.32 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 412.67 | .00 | 8.10 |
| CAPITAL ONE BANK | UNSECURED | 1310.36 | .00 | 25.73 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4149.97 | .00 | 81.47 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 758.59 | .00 | 14.89 |
| SPEEDWAY | UNSECURED | 630.24 | .00 | 12.37 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | 2894.53 | .00 | 56.83 |
| B LINE LLC | UNSECURED | 5800.63 | .00 | 113.88 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS BELL TELEPHONE | UNSECURED | 1449.89 | .00 | 28.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 832.64 | .00 | 16.35 |
| MICROSOFT | UNSECURED | NOT FILED | .00 | .00 |
| TRU GREEN CHEMLAWN | UNSECURED | NOT FILED | .00 | .00 |
| NU WAY DISPOSAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTCAGE ARRE | 13214.17 | .00 | 13214.17 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | 708.35 | .00 | 13.91 |
| CAPITAL ONE BANK | UNSECURED | 4303.11 | .00 | 84.48 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 821.28 | .00 | 16.12 |
| TIMOTHY K LIOU | UNSECURED | 3515.09 | .00 | 69.01 |

          Summary of disbursements:
------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      13214.17            .00     34053.33            .00     47267.50
PRINCIPAL PAID          13214.17            .00       668.54            .00     13882.71
INTEREST PAID                 .00            .00          .00            .00           .00
TOTAL PAID              13214.17            .00       668.54            .00     13882.71
```

The Debtor's attorney, JOHNSON & JOHNSON                  , was allowed $        .00
and was paid $       .00 .

The Trustee received $    622.29 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE